# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. COOPER, | Case No. 2:19-cv-3105 |
| Plaintiff, | |
| v. | Judge George C. Smith |
| CITY OF COLUMBUS, et al., | Magistrate Judge Kimberly A. Jolson |
| Defendants. | **NOTICE OF APPEARANCE** |

Defendants City of Columbus, Matthew Baase, and John Narewski hereby give notice to the Court, the Clerk, and Plaintiff Christopher M. Cooper that Assistant City Attorney Andrew Miller (0074515) is appearing as their attorney of record in this matter and will assisting Assist City Attorneys Michael Halloran (0089093) and Joseph Gibson (0084587). Please include Attorney Miller on all filings and correspondence related to this civil action or the subject matter of this civil action. Attorney Halloran is Defendants' trial counsel in this matter.

Respectfully submitted,

/s/ Andrew D.M. Miller

Michael R. Halloran (0089093) – Trial
Andrew D.M. Miller (0074515)
Joseph M. Gibson (0084587)
*Assistant City Attorneys*
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Fourth Floor
Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
mrhalloran@columbus.gov
admmiller@columbus.gov
jmgibson@columbus.gov

Attorney for Columbus Defendants

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on **November 25, 2019**, he electronically filed the foregoing (and any exhibits referenced therein) with the Clerk of this Court by using the Court's e-Filing System, which will send notice of the electronic filing(s) to counsel of record for all other parties to these proceedings.

*/s/ Andrew D.M. Miller*

Andrew D.M. Miller (0074515)