IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:     Reassignment of Civil Cases from the Docket of
         District Court Judge George C. Smith

ORDER

The attached cases that are currently assigned to the Honorable George C. Smith are hereby transferred to the Honorable Sarah D. Morrison.

IT IS SO ORDERED.

_____
Honorable Algenon L. Marbley
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 2:19-cv-03105-GCS-EPD | Cooper v. City of Columbus, Ohio et al |
| 2:17-cv-00948-GCS-EPD | Cooper v. City of Columbus et al |
| 2:19-cv-03684-GCS-CMV | Butler Animal Health Holding Company LLC et al v. Dirksmeier |
| 2:19-cv-02306-GCS-CMV | Butler Animal Health Holding Company LLC et al v. Performance Health Holdings, Inc. et al |
| 2:19-cv-03203-GCS-EPD | Parker v. Hartley et al |
| 2:19-cv-03114-GCS-EPD | Smith v. Sheedy Paving Inc |
| 2:19-cv-02512-GCS-KAJ | Hetzel v. Honda of America MFG., Inc. et al |
| 2:20-cv-01024-GCS-EPD | Brown v. Fay Servicing LLC |
| 2:19-cv-04750-GCS-CMV | Riffle v. Cristy's Pizza, Inc. et al |
| 2:18-cv-01589-GCS-EPD | Neal v. The J. Fred Schmidt Packing Company |
| 2:20-cv-01745-GCS-CMV | Lopez-Tolentino v. Warden, Noble Correctional Institution |
| 2:19-cv-00504-GCS-CMV | Rice et al v. The Village of Johnstown |
| 2:20-cv-01483-GCS-CMV | Dhondt v. Ohio Rural Electric Cooperatives, Inc. |
| 2:20-cv-00362-GCS-EPD | Prater v. Equifax Information Systems, LLC et al |
| 2:19-cv-02083-GCS-CMV | Miller et al v. Pep Boys Manny Moe & Jack et al |
| 2:19-cv-01766-GCS-EPD | Brewer et al v. Norfolk Southern Railway Company et al |
| 2:20-cv-00401-GCS-CMV | Wickham v. Commissioner of Social Security |
| 2:19-cv-00854-GCS-CMV | Hogren v. Commissioner of Social Security |
| 2:19-cv-05108-GCS-CMV | Massey v. Southwest Airlines Co. et al |
| 2:19-cv-04238-GCS-KAJ | Marcus v. Franklin Co. Sheriff, Dallas Baldwin |
| 2:19-cv-03655-GCS-KAJ | 3799 Mill Run Partners, LLC v. The City of Hilliard |
| 2:19-cv-04831-GCS-EPD | Snead v. Commissioner of Social Security |
| 2:19-cv-03120-GCS-CMV | MANGO v. City of Columbus et al |
| 2:18-cv-01272-GCS-EPD | Song v. Cissna et al |
| 2:19-cv-02029-GCS-KAJ | Boards of Trustees of the Ohio Laborers Benefits v. Global Outdoor Solutions, LLC |
| 2:19-cv-03107-GCS-EPD | Jeley v. Commissioner of Social Security |
| 2:19-cv-04966-GCS-EPD | Watkins v. BLM Companies, LLC |
| 2:17-cv-00896-GCS-EPD | Durbin v. Commissioner of Social Security |
| 2:19-cv-04528-GCS-KAJ | Ford v. Thornton et al |
| 2:19-cv-03331-GCS-KAJ | BNSF Logistics, LLC v. Atkinson et al |
| 2:18-cv-00264-GCS-CMV | Laborers' International Union of North America, Local 894 et al v. Wright Traffic Control Inc. et al |
| 2:19-cv-05441-GCS-KAJ | Hoskins et al v. Liberty Mutual Group, Inc. |
| 2:18-cv-00682-GCS-KAJ | Graves v. Kephaco Corporation et al |
| 2:20-cv-01411-GCS-EPD | Rumpke et al v. Lowe's Companies, Inc. et al |
| 2:19-cv-05517-GCS-KAJ | Metts v. John M. Halliday, LLC |
| 2:19-cv-04971-GCS-KAJ | George v. CEVA Logistics U.S., Inc. |
| 2:19-cv-05282-GCS-EPD | DaSilva v. City of Columbus OH et al |
| 2:20-cv-01191-GCS-EPD | Leithauser v. Aetna Life Insurance Company, et al. |
| 2:18-cv-01759-GCS-CMV | Nealey v. Carriage Court Hilliard, LLC et al |
| 2:19-cv-03499-GCS-KAJ | Drerup v. NetJets Aviation, Inc. et al |
| 2:17-cv-00463-GCS-KAJ | Schaumleffel v. Muskingum University et al |

| | |
|---|---|
| 2:19-cv-03699-GCS-KAJ | Downs v. Commissioner of the Social Security |
| 2:19-cv-03441-GCS-CMV | Scottsdale Surplus Lines Insurance Company v. King Tut, Inc.  et al |
| 2:20-cv-01881-GCS-CMV | Deitch v. State Farm Mutual Automobile Insurance Company |
| 2:20-cv-01803-GCS-KAJ | Morris v. Warden, Noble Correctional Institute |
| 2:18-cv-00397-GCS-KAJ | Jenkins et al v. Bound Tree Medical, LLC et al |
| 2:18-cv-01743-GCS-EPD | Rudolph v. Allstate Insurance Company |
| 2:17-cv-00544-GCS-EPD | Talmage, as Trustee of Ralph W. Talmage Trust et al v. Bradley et al |
| 2:20-cv-01056-GCS-EPD | Highman et al v. Gulfport Energy Corporation |
| 2:20-cv-00232-GCS-KAJ | Green v. Commissioner of Social Security |
| 2:20-cv-01068-GCS-KAJ | Aarons v. Sedgwick Claims Management Service, Inc. |
| 2:19-cv-02288-GCS-CMV | Garrett v. Ohio Fit Club, LLC et al |
| 2:18-cv-00908-GCS-SLO | Dodson v. Mohr et al |
| 2:19-cv-00039-GCS-CMV | Scenicview Estates, LLC v. Eclipse Resources I, LP, et al |
| 2:19-cv-03049-GCS-EPD | Federated Rural Electric Management Corp., subrogee to Consolidated Electric Cooperative, Inc. v. Electro Switch Corporation et al |
| 2:18-cv-00737-GCS-KAJ | Gallagher Benefit Services, Inc. v. Moseley et al |
| 2:19-cv-05626-GCS-KAJ | Marietta Health Care Physicians, Inc. v. Yoak |
| 2:20-mc-00010-GCS-KAJ | Pfizer Inc v. Johnson & Johnson et al |